

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00414-CR

John Bryan **FINCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-07-0222-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

The reporter's record was originally due on August 6, 2018. On August 9, 2018, the clerk of this court notified the court reporter, Staci Slayden, that she is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days. The court reporter did not timely file a notification of late record, nor has she filed the reporter's record. We, therefore, ORDER court reporter Staci Slayden to file the reporter's record no later than **October 26, 2018**. If the reporter's record is not received by such date, an order may be issued directing Staci Slayden to appear and show cause why she should not be held in contempt for failing to file the record.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.



Keith E. Hottle
Clerk of Court